IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TACHANY C. EVANS**                                                                                         **PLAINTIFF**

v.                                            Case No. 4:23-cv-00595-LPR

**UNITED STATES POSTAL SERVICE**
**Louis DeJoy, Postmaster General**                                                        **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered today and previous Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that all of Plaintiff's claims are dismissed with prejudice.

IT IS SO ADJUDGED this 1st day of November 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE